IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO: 0:20-cv-60548-RS

JEAN LUCAS,

    Plaintiff,

v.

NAVY FEDERAL CREDIT UNION,

    Defendant,

_____/

## NOTICE OF SETTLEMENT

COMES NOW, Plaintiff Jean Lucas and Defendant Navy Federal Credit Union, pursuant to S.D. Fla. Local Rule 16.4, hereby advise this Honorable Court that this matter has been amicably resolved by virtue of a confidential settlement, with each party to bear their own costs and attorneys' fees. The parties expect to file a Joint Stipulation of Dismissal within the next thirty (30) days.

    DATED: August 12, 2020.

| | |
|---|---|
| */s/ Sara L. Solano* | */s/ Jean Lucas* |
| Sara L. Solano, Esq. (FL Bar No. 17966) | Jean Lucas |
| BURR & FORMAN LLP | 9137 West Sunrise Boulevard |
| 350 East Las Olas Boulevard, Suite 1440 | Plantation, FL 33322 |
| Ft. Lauderdale, FL 33301 | Telephone: (254) 291-6933 |
| Telephone: (954) 414-6200 | Email: jlucasestate@gmail.com |
| Facsimile: (954) 414-6201 | *Plaintiff Pro Se* |
| Email: flservice@burr.com | |
| Email: ssolano@burr.com | |
| Email: rzamora@burr.com | |

Jacqueline Simms-Petredis, Esq. (FL Bar No. 906751)
BURR & FORMAN LLP
201 North Franklin Street, Suite 3200

43968373 v1

Tampa, Florida 33602
Telephone: (813) 221-2626
Facsimile: (813) 357-3534
Email: jsimms-petredis@burr.com
Email: dmorales@burr.com
Email: mguerra@burr.com
Email: anolting@burr.com

*Counsels for Defendant,*
*Navy Federal Credit Union*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 12, 2020 the foregoing document was filed with the Clerk of Court by using the CM/ECF system. **I FURTHER CERTIFY** that a copy of the forgoing document was served via U.S. mail and email upon non-CM/ECF registered filers.

Jean Lucas
9137 West Sunrise Boulevard
Plantation, FL 33322
Email: jlucasestate@gmail.com
*Plaintiff Pro Se*

*/s/ Sara L. Solano*
Sara L. Solano, Esq. (FL Bar No. 17966)
BURR & FORMAN LLP