**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 20-60548-CIV-SMITH

JEAN LUCAS,

      Plaintiff,

v.

NAVY FEDERAL CREDIT UNION,

      Defendant.

_____/

### NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT

This matter is before the Court on Plaintiff's Notice of Settlement [DE 20].  It is

**ORDERED** that

1) the parties shall file their Stipulation of Dismissal in accordance with Federal Rule of

Civil Procedure 41 no later than **September 14, 2020**.

2) All pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3) This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 12th day of August 2020.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record